IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN WARD
#883690                                                                 PLAINTIFF

v.                          No. 3:20-cv-67-DPM

MARTY BOYD, Craighead County Sheriff;
and KIETH BOWLS, Administrator,
Craighead County Detention Center                          DEFENDANTS

JUDGMENT

Ward's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 April 2020